1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10   CHRIS COOK,                      ) CASE NO. CV 10-1745-PJW
                                      )
11                Petitioner,         )
                                      ) J U D G M E N T
12           v.                       )
                                      )
13   T. GONZALES,                     )
                                      )
14                Respondent.         )
     _____)

15

16        Pursuant to the Order Dismissing Petition Without Prejudice,

17        IT IS HEREBY ADJUDGED that the Petition is denied and the action

18   is dismissed without prejudice.

19

          DATED:      June 17, 2011.

20

21

                              /S/ PATRICK J. WALSH
22
                              _____
                              PATRICK J. WALSH
23                            UNITED STATES MAGISTRATE JUDGE

24

25

26

27
     S:\PJW\Cases-State Habeas\COOK, C 1745\Judgment.wpd
28